# United States Court of Appeals

### For the Eighth Circuit

_____

No. 20-2022

_____

Sala Naambwe

*Plaintiff - Appellant*

Yvette Nimenya

*Plaintiff*

v.

John Morrell & Co., (a subsidiary of Smithfield Foods, Inc.)

*Defendant - Appellee*

_____

No. 20-2080

_____

Yvette Nimenya

*Plaintiff - Appellant*

Sala Naambwe

*Plaintiff*

v.

John Morrell & Co., (a subsidiary of Smithfield Foods, Inc.)

*Defendant - Appellee*

_____

Appeals from United States District Court
for the District of South Dakota - Southern

_____

Submitted: February 1, 2021
Filed: February 4, 2021
[Unpublished]

_____

Before LOKEN, BENTON, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

In these consolidated appeals, Sala Naambwe and Yvette Nimenya appeal the district court's[1] adverse judgment after a bench trial in this employment discrimination action. After careful review, we find no basis for reversal. See Tadlock v. Powell, 291 F.3d 541, 546 (8th Cir. 2002) (standard of review). Accordingly, we affirm. See 8th Cir. 47B.

_____

---

[1]The Honorable Lawrence L. Piersol, United States District Judge for the Southern District of South Dakota.